# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MIRACLE WASHAM, | : |
| Plaintiff, | : |
| vs. | :    CA No. 1:17-cv-00223-WS-C |
| U.S. OUTFITTERS, LLC, *et al.*, | : |
| Defendants. | : |

## **ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 28, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of January, 2018.

                         **s/WILLIAM H. STEELE**
                         **UNITED STATES DISTRICT JUDGE**