# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MIRACLE WASHAM, | : |
| Plaintiff, | : |
| vs. | :   CA No. 1:17-cv-00223-WS-C |
| U.S. OUTFITTERS, LLC, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiff Miracle Washam's claims against Defendant Mike Eatman are **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 12th day of January, 2018.

s/**WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**